UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIAM ALEXANDER,<br><br>       Plaintiff,<br><br> -against-<br><br>DEPARTMENT OF HOMELESS SERVICES,<br><br>       Defendant. | 22-CV-10187 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

 Plaintiff, who is appearing *pro se*, brings this action alleging that the New York City Department of Homeless Services ("DHS") violated his rights. The Court dismisses the complaint for the following reasons.

 Plaintiff has previously submitted to this court a duplicate complaint asserting the same claims against DHS. That case is presently pending before the Court under docket number 22-CV-10160 (LTS). As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 22-CV-10160 (LTS).

## CONCLUSION

 Plaintiff's complaint is dismissed as duplicative of 22-CV-10160.

 The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   December 6, 2022
         New York, New York

                                              /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                           Chief United States District Judge