UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIAM ALEXANDER,<br><br>                    Plaintiff,<br><br>         -against-<br><br>DEPARTMENT OF HOMELESS SERVICES,<br><br>                    Defendant. | 22-CV-10187 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 6, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 6, 2022
         New York, New York

                                             /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge